776

No. 1, Misc. Montanye *v.* New York. Certiorari denied.

No. 2, Misc. Lucadama *v.* New York. Certiorari denied.

No. 3, Misc. Seren *v.* Ragen, Warden. Certiorari denied.

No. 4, Misc. Taylor *v.* Ragen, Warden. Certiorari denied.

No. 6, Misc. Picking et al. *v.* Pennsylvania Railroad Co. et al. Certiorari denied. Petitioners *pro se.* *John Dickinson* and *John B. Prizer* for the Pennsylvania Railroad Co., respondent.

No. 7, Misc. Harris *v.* Indiana. Certiorari denied.

No. 8, Misc. Arnold *v.* Nierstheimer, Warden. Certiorari denied.

No. 9, Misc. Wagner *v.* Hunter, Warden. Certiorari denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 11, Misc. Reid *v.* Illinois. Certiorari denied.